WILLIAM H. HORAN, Respondent, *v.* JOHN F. MACDONALD, Appellant.

(Argued October 13, 1931; decided November 17, 1931.)

*Daniel Mungall* for appellant.

*Harold R. Medina, John W. Jordan* and *William B. Thompson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.